# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, et al.,

      Plaintiffs,

  v.

PARS INDUSTRIES, INC., et al.,

      Defendants.

Case No.: CV 19-00739-CJC(ASx)

DEFAULT JUDGMENT

//

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiffs Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts, and against Defendant Pars Industries, Inc. d/b/a Woodcraft Company ("Woodcraft Company"), in accordance with the terms of the Court's Order granting in part and denying in part Plaintiffs' motion for default judgment.

The Court **AWARDS** Plaintiffs as follows:

| | | |
|---|---|---|
| 1. | Unpaid contributions | $6,206.97 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C. § 1132(g)(2) (7 percent per annum) | $2,003.46 |
| 3. | Liquidated damages | $3,555.01 |
| 4. | Audit Fees | $210.90 |
| 5. | Attorneys' fees pursuant to Local Rule 55-3 | $1,224.98 |
| | **GRAND TOTAL** | **$13,201.32** |
| 7. | Plus costs to be determined after entry of judgment, pursuant to Local Rule 54-2.1 | |
| 8. | Post-judgment interest pursuant to 28 U.S.C. § 1961(a) | |

The Court **ORDERS** the Woodcraft Company to submit to an audit of its business records for the period from February 1, 2017 to the present. The Woodcraft Company shall allow auditors to examine and copy the following books, records, papers, documents and reports: all job cost records, general check register and check stubs, bank statements and canceled checks, general ledgers, worker compensation insurance reports, financial statements, cash disbursements ledgers, corporate income tax returns, employee time cards, payroll journals, individual earnings records of all employees, forms W-2, 1099 and 1096 submitted to the U.S. Government, California quarterly state tax returns

(DE-3's), health and welfare and pension report for all other trades, cash receipts' journal, copies of all contracts, and all material invoices.

DATED:   June 27, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE